IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL |
| | : | CASE NO. 09-0612-1 |
| v. | : | |
| | : | |
| MICHAEL MATTHEWS | : | |

**O R D E R**

AND NOW, this 27th day of October 2011, upon consideration of Defendant Michael Matthews's Motion for Judgment of Acquittal or New Trial Pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure (Doc. No. 107), it is hereby ORDERED, that Defendant's Motion is DENIED.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE